JACKLIN CHOU LEM (CASBN 255293)
CHRISTOPHER J. CARLBERG (CASBN 269242)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUBYCON CORPORATION,<br><br>Defendant. | No. 4:16-CR-00367-JD<br><br>**UNITED STATES' ADMINISTRATIVE MOTION TO PERMIT LIMITED DISCLOSURE OF A SEALED DOCUMENT AND [PROPOSED] ORDER**<br><br>FILED: December 21, 2017 |

1   The United States respectfully moves this Court for an order permitting disclosure of the sealed Attachment A to the Plea Agreement (Dkt. 5-2) to Nippon Chemi-Con Corporation ("NCC").  NCC is the defendant in *United States v. Nippon Chemi-Con Corporation*, CR 17-540-JD (N.D. Cal. Oct. 18, 2017).  The government requests permission for this disclosure to allow the government to meet its criminal discovery obligations in that case.

Attachment A to the Plea Agreement identifies certain individuals who had not been charged at the time of its filing.  At least some of the individuals have still not been charged.  The government moved to seal Attachment A to protect the named individuals because publicly revealing their names could be viewed as an accusation that they have engaged in criminal conduct, even though they have not been charged and have no forum in which to proclaim their innocence or seek exoneration. (*See United States v. Rubycon Corporation*, CR 16-00367-JD, Dkt. 6.)  The Court ordered that Attachment A be sealed.  (Dkt. 15.)

The government requests the Court's permission to disclose Attachment A to NCC so the government can meet its criminal discovery obligations in *United States v. Nippon Chemi-Con Corporation*, CR 17-540-JD.  Because it is part of an agreement with the government, Attachment A to the Plea Agreement is part of the "Protected Materials" that are subject to the Protective Order in that case (Dkt. 25) and is, thereby, limited from further disclosure.

The government has consulted with counsel for Rubycon Corporation ("Rubycon"), and Rubycon has no objection to the government's request.

For the reasons stated above, the United States requests an order permitting disclosure of the sealed Attachment A to the Plea Agreement between the United States and Rubycon (*United States v. Rubycon Corporation*, CR 16-00367-JD, Dkt. 5-2) to NCC subject to the Protective Order in *United States v. Nippon Chemi-Con Corporation*, CR 17-540-JD (Dkt. 25).

//
//
//
//
//

1  Respectfully submitted:

3  DATED:  December 21, 2017

/s/  Christopher J. Carlberg
CHRISTOPHER J. CARLBERG
Trial Attorney
U.S. Department of Justice
Antitrust Division

[~~PROPOSED~~] ORDER

Based upon the motion of the government and for good cause shown, it is hereby ORDERED that the government is permitted to disclose the sealed Attachment A to the Plea Agreement between the United States and Rubycon Corporation (Dkt. 5-2) to Nippon Chemi-Con Corporation and its defense counsel for its use in *United States v. Nippon Chemi-Con Corporation*, CR 17-540-JD (N.D. Cal. Oct. 18, 2017) subject to the Protective Order issued in that case (Dkt. 25).  Attachment A to the Plea Agreement is to otherwise remain sealed.

DATED: 1/10/18

_____
HON. JAMES DONATO
United States District Judge